[Cite as *Smith v. Partlow*, 2023-Ohio-4598.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## PORTAGE COUNTY

ANTHONY J. SMITH,

        Plaintiff-Appellant,

- vs -

MICHAEL A. PARTLOW, ESQ.,

        Defendant-Appellee.

CASE NO. 2023-P-0090

Civil Appeal from the
Court of Common Pleas

Trial Court No. 2021 CV 00751

## M E M O R A N D U M
## O P I N I O N

Decided: December 18, 2023
Judgment: Appeal dismissed

*Anthony J. Smith*, pro se, PID# A484-639, Lake Erie Correctional Institution, 501 Thompson Road, P.O. Box 8000, Conneaut, OH 44030 (Plaintiff-Appellant).

*Michael A. Partlow*, pro se, 112 South Water Street, Suite C, Kent, Ohio 44240 (Defendant-Appellee).

JOHN J. EKLUND, P.J.

{¶1} On November 6, 2023, appellant, Anthony J. Smith, filed a pro se appeal from an August 24, 2023 entry.

{¶2} App.R. 3(A) expressly states that the only jurisdictional requirement for filing a valid appeal is to file it within the time allowed by App.R. 4. The Supreme Court has held that the failure to comply with the time requirements of App.R. 4(A) is a jurisdictional defect, which is fatal to an appeal. *In re H.F.*, 120 Ohio St.3d 499, 2008-Ohio-6810, ¶ 17, citing *State ex rel. Pendell v. Adams Cty. Bd. of Elections*, 40 Ohio St.3d 58, 60 (1988).

{¶3} "Subject to the provisions of App.R. 4(A)(3), a party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry." *See* App.R. 4(A)(1). Civ.R. 58(B) directs the clerk of courts to serve the parties with notice of the entry within three days of entering the judgment upon the journal. If Civ.R. 58(B) service does not occur within three days, the time to appeal does not begin to run until service is made and noted in the appearance docket. *Coles v. Lawyers Title Ins. Corp.*, 163 Ohio App.3d 659, 664, 2005-Ohio-5360.

{¶4} Here, the trial court issued its entry on August 24, 2023. The clerk of courts noted on the appearance docket that notice of the entry under Civ.R. 58(B) was issued to the parties on that same date. Therefore, pursuant Civ.R. 58(B), the time to appeal began to run from August 24, 2023. The deadline for appellant to file his notice of appeal was September 25, 2023, which was not a holiday or a weekend. Thus, appellant's November 6, 2023 notice of appeal was untimely filed by 42 days.

{¶5} This court is not empowered to extend the time deadline in civil cases. *Pendell*, *supra* at 60; *see also* App.R. 14(B).

{¶6} Based upon the foregoing, this appeal is dismissed as untimely pursuant to App.R. 4(A)(1).


MARY JANE TRAPP, J.,

ROBERT J. PATTON, J.,

concur.

2

Case No. 2023-P-0090